UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: SMULSKI, CHRISTOPHER PAUL           § Case No. 07-23356
                                           §
                                           §
Debtor(s)                                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 10, 2007. The undersigned trustee was appointed on March 04, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  except that the trustee reserves, pursuant to 11 U.S.C. section 554(c ), the estate's interest in the following: 12 - LAWSUIT AGAINST DR. WEINBERGER, PENDING MEDICAL.
The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in this asset.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $          90,000.00

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                          0.00
   Administrative expenses                                     31,210.86
   Bank service fees                                              150.70
   Other payments to creditors                                      0.00
   Non-estate funds paid to 3rd Parties                             0.00
   Exemptions paid to the debtor                                    0.00
   Other payments to the debtor                                     0.00

   Leaving a balance on hand of [1]        $          58,638.44

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/04/2013 and the deadline for filing governmental claims was 09/04/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,750.00, for a total compensation of $7,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $209.50, for total expenses of $209.50.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/26/2014      By: /s/Stacia L. Yoon
                         Trustee, Bar No.: 16933-53

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-23356  
**Case Name:** SMULSKI, CHRISTOPHER PAUL  

**Period Ending:** 02/24/14

**Trustee:** (340450) Stacia L. Yoon, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 03/04/10 (c)  
**§341(a) Meeting Date:** 04/06/10  
**Claims Bar Date:** 09/04/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   2003 PORTE DE LEAU, UNIT 307, HIGHLAND, INDIANA<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 90,000.00 | 0.00 | OA | 0.00 | FA |
| 2   1ST FINANCIAL BANK CHECKING ACCOUNT NO.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3   UNICORP CREDIT UNION NO. XX803<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4   HOUSEHOLD GOODS AND FURNISHINGS<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 560.00 | 0.00 | | 0.00 | FA |
| 5   CLOTHING<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6   2 SHOTGUNS<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7   9 MM HANDGUN<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8   CAMERA<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 9   GOLF CLUBS<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 10  UNILEVER TERM LIFE INSURANCE POLICY, NO CSV.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11  UNICARE 401(K) SAVINGS PLAN THROUGH FIDELITY, | 35,517.65 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-23356  
**Case Name:** SMULSKI, CHRISTOPHER PAUL

**Trustee:** (340450) Stacia L. Yoon, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 03/04/10 (c)  
**§341(a) Meeting Date:** 04/06/10

**Period Ending:** 02/24/14

**Claims Bar Date:** 09/04/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12  LAWSUIT AGAINST DR. WEINBERGER, PENDING MEDICAL<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 100.00 | | 90,000.00 | FA |
| 13  2001 DODGE DURANGO<br>Amended Schedule C filed. | 6,000.00 | 3,000.00 | | 0.00 | FA |
| 14  50% EQUITY INTEREST IN EX-MARITAL RESIDENCE LOCA<br>Amended Schedule C filed. | 13,816.50 | 9,816.50 | | 0.00 | FA |
| 15  2005 Hyundia Tucson<br>Car awarded to Ex-wife in divorce. Creditor obtained an Order Terminating the stay on 1.27.09. | Unknown | 0.00 | OA | 0.00 | FA |
| **15  Assets  Totals** (Excluding unknown values) | **$146,534.15** | **$12,916.50** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  October 30, 2011      **Current Projected Date Of Final Report (TFR):**  August 30, 2014

Printed: 02/24/2014 11:24 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-23356 | | Trustee: | Stacia L. Yoon, Chapter 7 Trustee (340450) |
|---|---|---|---|---|
| Case Name: | SMULSKI, CHRISTOPHER PAUL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****321066 - Checking Account |
| Taxpayer ID #: | **-***0614 | | Blanket Bond: | $69,146,203.00  (per case limit) |
| Period Ending: | 02/24/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/13/13 | {12} | Allen & Associates | Weinberger settlement | 1142-000 | 90,000.00 | | 90,000.00 |
| 09/26/13 | 101 | Kenneth J. Allen and Associates P.C. | Ref # SMULSKI | 3210-600 | | 28,800.00 | 61,200.00 |
| 09/26/13 | 102 | Kenneth J. Allen & Associates P.C. | Ref # SMULSKI | 3220-610 | | 2,410.86 | 58,789.14 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.78 | 58,737.36 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.92 | 58,638.44 |
| | | | **ACCOUNT TOTALS** | | 90,000.00 | 31,361.56 | **$58,638.44** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 90,000.00 | 31,361.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$90,000.00** | **$31,361.56** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****321066** | 90,000.00 | 31,361.56 | 58,638.44 |
| | $90,000.00 | $31,361.56 | $58,638.44 |

{} Asset reference(s)

Printed: 02/24/2014 11:24 AM      V.13.13

Printed: 02/24/14 11:24 AM                                                                                                   Page: 1

# Exhibit C Claims Proposed Distribution
## Case:  07-23356    SMULSKI, CHRISTOPHER PAUL

**Case Balance:** $58,638.44    **Total Proposed Payment:** $58,638.44    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 5 | Lake County Treasurer | Secured | 1,965.80 * | 0.00 | 0.00 | 0.00 | 0.00 | 58,638.44 |
| 8 | Chase Home Finance LLC | Secured | 81,907.43 * | 0.00 | 0.00 | 0.00 | 0.00 | 58,638.44 |
| 10S | National Capital Management, LLC | Secured | 320.08 * | 0.00 | 0.00 | 0.00 | 0.00 | 58,638.44 |
| 13 | HYUNDAI MOTOR FINANCE CO | Secured | 18,626.72 * | 0.00 | 0.00 | 0.00 | 0.00 | 58,638.44 |
| 16S | Dell Financial Services, LLC | Secured | 200.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 58,638.44 |
|  | Kenneth J. Allen and Associates P.C. <3210-60  Special Counsel for Trustee Fees> | Admin Ch. 7 | 28,800.00 | 28,800.00 | 28,800.00 | 0.00 | 0.00 | 58,638.44 |
|  | Kenneth J. Allen & Associates P.C. <3220-61  Special Counsel for Trustee Expenses> | Admin Ch. 7 | 2,410.86 | 2,410.86 | 2,410.86 | 0.00 | 0.00 | 58,638.44 |
|  | US BANKRUPTCY COURT <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)> | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 58,388.44 |
|  | US BANKRUPTCY COURT <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)> | Admin Ch. 7 | 260.00 | 260.00 | 0.00 | 260.00 | 260.00 | 58,128.44 |
|  | Stacia L. Yoon, Chapter 7 Trustee <2200-00  Trustee Expenses> | Admin Ch. 7 | 209.50 | 209.50 | 0.00 | 209.50 | 209.50 | 57,918.94 |
|  | Stacia L. Yoon, Chapter 7 Trustee <2100-00  Trustee Compensation> | Admin Ch. 7 | 7,750.00 | 7,750.00 | 0.00 | 7,750.00 | 7,750.00 | 50,168.94 |
|  | Stacia L. Yoon, Attorney for Trustee <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 133.10 | 133.10 | 0.00 | 133.10 | 133.10 | 50,035.84 |
|  | Stacia L. Yoon, Attorney for Trustee <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,470.00 | 1,470.00 | 0.00 | 1,470.00 | 1,470.00 | 48,565.84 |
| 17P | Internal Revenue Service | Priority | 16,248.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 48,565.84 |
| 1 | Discover Bank/DFS Services LLC | Unsecured | 12,878.79 | 12,878.79 | 0.00 | 12,878.79 | 6,734.48 | 41,831.36 |
| 2 | Discover Bank/DFS Services LLC | Unsecured | 179.93 | 179.93 | 0.00 | 179.93 | 94.09 | 41,737.27 |
| 3 -2 | PRA Receivables Management | Unsecured | 7,753.68 | 7,753.68 | 0.00 | 7,753.68 | 4,054.50 | 37,682.77 |
| 4 | Chase Bank USA,N.A | Unsecured | 283.43 | 283.43 | 0.00 | 283.43 | 148.21 | 37,534.56 |
| 6 | Portfolio Recovery Associates, LLC | Unsecured | 18,647.39 | 18,647.39 | 0.00 | 18,647.39 | 9,750.95 | 27,783.61 |
| 7 | LVNV Funding LLC | Unsecured | 6,718.09 | 6,718.09 | 0.00 | 6,718.09 | 3,512.97 | 24,270.64 |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

## Case:  07-23356   SMULSKI, CHRISTOPHER PAUL

**Case Balance:** $58,638.44    **Total Proposed Payment:** $58,638.44    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 9 | eCAST Settlement Corp. | Unsecured | 515.93 | 515.93 | 0.00 | 515.93 | 269.79 | 24,000.85 |
| 11 | eCAST Settlement Corporation assignee of | Unsecured | 861.42 | 861.42 | 0.00 | 861.42 | 450.45 | 23,550.40 |
| 12 | eCAST Settlement Corporation assignee of | Unsecured | 2,927.35 | 2,927.35 | 0.00 | 2,927.35 | 1,530.75 | 22,019.65 |
| 14 | eCAST Settlement Corp. | Unsecured | 21,197.01 | 21,197.01 | 0.00 | 21,197.01 | 11,084.18 | 10,935.47 |
| 15 | eCAST Settlement Corp. | Unsecured | 20,404.07 | 20,404.07 | 0.00 | 20,404.07 | 10,669.54 | 265.93 |
| 16U | Dell Financial Services, LLC | Unsecured | 197.66 * | 0.00 | 0.00 | 0.00 | 0.00 | 265.93 |
| 17U | Internal Revenue Service | Unsecured | 2,303.70 * | 0.00 | 0.00 | 0.00 | 0.00 | 265.93 |
| 10-2U | National Capital Management, LLC | Unsecured | 508.55 | 508.55 | 0.00 | 508.55 | 265.93 | 0.00 |
| NONFILED | Hyundai | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 07-23356 :** | | **$255,928.49** | **$134,159.10** | **$31,210.86** | **$102,948.24** | **$58,638.44** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $41,283.46 | $41,283.46 | $31,210.86 | $10,072.60 | 100.000000% |
| **Total Priority Claims :** | $16,248.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Secured Claims :** | $103,020.03 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $95,377.00 | $92,875.64 | $0.00 | $48,565.84 | 52.291257% |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-23356
Case Name: SMULSKI, CHRISTOPHER PAUL
Trustee Name: Stacia L. Yoon

**Balance on hand:**   $   58,638.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   58,638.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Stacia L. Yoon, Chapter 7 Trustee | 7,750.00 | 0.00 | 7,750.00 |
| Trustee, Expenses - Stacia L. Yoon, Chapter 7 Trustee | 209.50 | 0.00 | 209.50 |
| Attorney for Trustee, Fees - Stacia L. Yoon, Attorney for Trustee | 1,470.00 | 0.00 | 1,470.00 |
| Attorney for Trustee, Expenses - Stacia L. Yoon, Attorney for Trustee | 133.10 | 0.00 | 133.10 |
| Charges, U.S. Bankruptcy Court | 510.00 | 0.00 | 510.00 |

Total to be paid for chapter 7 administration expenses:   $   10,072.60
Remaining balance:   $   48,565.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   48,565.84

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 48,565.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,875.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 12,878.79 | 0.00 | 6,734.48 |
| 2 | Discover Bank/DFS Services LLC | 179.93 | 0.00 | 94.09 |
| 3 -2 | PRA Receivables Management | 7,753.68 | 0.00 | 4,054.50 |
| 4 | Chase Bank USA,N.A | 283.43 | 0.00 | 148.21 |
| 6 | Portfolio Recovery Associates, LLC | 18,647.39 | 0.00 | 9,750.95 |
| 7 | LVNV Funding LLC | 6,718.09 | 0.00 | 3,512.97 |
| 9 | eCAST Settlement Corp. | 515.93 | 0.00 | 269.79 |
| 11 | eCAST Settlement Corporation assignee of | 861.42 | 0.00 | 450.45 |
| 12 | eCAST Settlement Corporation assignee of | 2,927.35 | 0.00 | 1,530.75 |
| 14 | eCAST Settlement Corp. | 21,197.01 | 0.00 | 11,084.18 |
| 15 | eCAST Settlement Corp. | 20,404.07 | 0.00 | 10,669.54 |
| 10-2U | National Capital Management, LLC | 508.55 | 0.00 | 265.93 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 48,565.84 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for tardy general unsecured claims: $ 0.00
    Remaining balance: $ 0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for subordinated claims: $ 0.00
    Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**